No. 00–6755. FRIA VAZQUEZ DEL MERCADO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6756. GRECO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6757. GOODMAN v. GOBER, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–6760. YANG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6761. FITCH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6762. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6763. THORNTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6764. WEST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6768. BAHE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6769. AMEZQUITO ACEVEDO, AKA RODRIGUEZ, AKA GELARZA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–6770. WHITEHEAD v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. Ct. App. D. C. Certiorari denied.

No. 00–6771. WHITTED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6772. ATKINSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6773. AVILES-MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6775. CRUTHIRD v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 00–6780. BRAHMS-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.